**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Susan Porter & Samuel Porter, individually, and A.O., a minor, by and through her parents and natural guardians, Susan Porter & Samuel Porter, | Case No. 18-cv-2821-JRT/SER |
| Plaintiffs, | |
| v. | **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Cargill Meat Solutions Corp., a foreign corporation, | |
| Defendant. | |

---

The undersigned attorneys hereby advise the Court that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the above-entitled cause of action is voluntarily dismissed by the Plaintiffs herein without prejudice.

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, voluntarily dismissed without prejudice and without costs or disbursements to any of the parties, including any costs which may otherwise be ordered pursuant to Fed.R.Civ.P. 41(d).

Dated: 11/12/18                **JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

By:   s/ Joseph E. Flynn
Joseph E. Flynn (#0165712)
Vicki A. Hruby (#0391163)
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042-8624
Phone: (651) 290-7416
Fax: (651) 223-5070
jflynn@jlolaw.com
vhruby@jlolaw.com

AND

MARLER CLARK LLP PS
William D. Marler (WSBA #17233)
1012 1st Avenue, 5th Floor
Seattle, WA  98104
Phone: (206) 346-1888
bmarler@marlerclark.com

*Attorneys for Plaintiffs*


Dated: 11/10/18                    **FAEGRE BAKER DANIELS, L.L.P.**


By:   s/ Sarah L. Brew
Sarah L. Brew ( #0209958)
Rachael Dettmann Spiegel (#0398030)
90 S. 7th St., Suite 2200
Minneapolis, MN 55402
Phone : 612-766-7000
Fax: 612-766-1600
sarah.brew@faegrebd.com
rachael.spiegel@faegrebd.com

*Attorneys for Defendant*

2