# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

SUSAN PORTER, et al.,

          Plaintiffs,

  v.

CARGILL MEAT SOLUTIONS CORP.,

          Defendant.

Civil No.: 18-2821 (JRT/SER)

**ORDER OF DISMISSAL**

---

Joseph E Flynn, **JARDINE LOGAN & O'BRIEN PLLP,** 8519 Eagle Point Boulevard, Suite 100, Lake Elmo, MN 55042, for plaintiff.

Sarah L Brew, **FAEGRE BAKER DANIELS LLP,** 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402-3901, for defendant.

The parties have filed a Stipulation of Dismissal Without Prejudice (Docket No. 12). Based on a review of the file, record and the proceedings herein, **IT IS HEREBY ORDERED AS FOLLOWS**:

This case is **DISMISSED** without prejudice, with each party to bear its own attorney's fees, costs, and disbursements herein.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: November 26, 2018
at Minneapolis, Minnesota

                                      s/John R. Tunheim
                                      JOHN R. TUNHEIM
                                      Chief Judge
                                      United States District Court